UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 26, 2002

MEMORANDUM TO COUNSEL RE:   Colorado Student Loan Program v. Risbon
                            Civil #L-01-2026

Dear Counsel:

    The Court is in receipt of Appellant Colorado Student Loan Program's Appeal Brief. The record on appeal, however, is incomplete because Appellant has not submitted a transcript of the May 15, 2001 hearing regarding the dischargeability of Ms. Risbon's student loans. A transcript of the hearing is necessary for the Court to resolve the issues presented on appeal. Accordingly, Appellant shall submit a copy of the transcript to the Court on or before April 3, 2002.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

