UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

April 11, 2002

MEMORANDUM TO COUNSEL RE:   <u>Colorado Student Loan Program v. Risbon</u>
Civil #L-01-2026

Dear Counsel:

The record on appeal in this case is incomplete because Appellant has not submitted a transcript of the May 15, 2001 hearing regarding the dischargeability of Ms. Risbon's student loans. Appellant initially indicated that it would submit a copy of the transcript to the Court when it was completed in the Fall of 2001. Appellant, however, never submitted a copy of the transcript, and on March 28, 2002, the Court issued a letter order stating that Appellant was to submit a copy of the transcript on or before April 5, 2002. The Court still has not received a copy of the transcript.

Unless the Court receives a copy of the transcript by April 22, 2002, at 5:00 p.m., the appeal will be dismissed.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file